Entered on Docket July 21, 2020

**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 19-42935 |
| JASON ALLAWAY, | |
| Debtor. | |
| KATHRYN A. ELLIS, Chapter 7 Trustee of the Estate of Jason Allaway, | Adv. No. 20-04049 |
| Plaintiff, | AGREED FINAL ORDER |
| vs. | |
| KYONGI ALLAWAY, | |
| Defendant. | |

Pursuant to the stipulation of the parties entered herewith, the Court makes the following final order:

1. Pursuant to 11 U.S.C. § 363 (h), the Trustee is authorized to sell both the estate of Jason Allaway's interest and the interest of the co-owner, Defendant Kyongi Allaway, in the

**AGREED FINAL ORDER - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

property located at 13020 116th Ave Ct E, Puyallup, WA (APN 6026101200).

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Plaintiff

Copy received; approved as to form and content; Notice of Presentation waived:

/s/ Kyongi Allaway
Kyongi Allaway, Defendant

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Allaway\cmp\363\Order.wpd

**AGREED FINAL ORDER - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002